**A CERTIFIED TRUE COPY**

JUL 28 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 12 2006

FILED
CLERK'S OFFICE

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 AUG -8 PM 12: 51

OFFICE OF THE CLERK

DOCKET NO. 1507

8:06CV427

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 03 2006

JAMES W. McCORMACK, CLERK
By: Martha Dugate
DEP CLERK

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

**(SEE ATTACHED SCHEDULE)**

**CONDITIONAL TRANSFER ORDER (CTO-73)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 3,014 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 28 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By_____ D.C.

# SCHEDULE CTO-73 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA SOUTHERN** | |
| FLS 0 06-60679 | Nancy Shay v. Wyeth, et al. |
| FLS 9 06-80531 | Barbara Levinson v. Wyeth, et al. |
| **KANSAS** | |
| KS 2 06-2231 | Ronda Hill v. Wyeth-Ayerst Co. |
| **MASSACHUSETTS** | |
| MA 1 06-10871 | Elizabeth Hayes Locke, et al. v. Wyeth |
| **MARYLAND** | |
| MD 1 06-1511 | Mary Verna Rosenberry v. Wyeth, et al. |
| **MINNESOTA** | |
| MN 0 06-1745 | Gail Hughes, etc. v. Wyeth, et al. |
| MN 0 06-1773 | Suzanne Downs-Breo, et al. v. Wyeth, et al. |
| MN 0 06-2227 | Elaine Howard v. Wyeth, et al. |
| MN 0 06-2248 | Connie Jean Armstrong v. Wyeth, et al. |
| MN 0 06-2258 | Carole Cantwell v. Wyeth, et al. |
| MN 0 06-2269 | Nancy A. Frandsen v. Wyeth, et al. |
| MN 0 06-2270 | Linda J. Pyle v. Wyeth, et al. |
| MN 0 06-2275 | Betty M. Gordon v. Wyeth, et al. |
| MN 0 06-2326 | Caroline Joyce Suggs v. Wyeth, et al. |
| MN 0 06-2396 | Jo Ann Tracy v. Wyeth, et al. |
| MN 0 06-2397 | Barbara Roberts v. Wyeth, et al. |
| MN 0 06-2398 | Ron Perry, et al. v. Wyeth, et al. |
| MN 0 06-2401 | Joanne R. Walters v. Wyeth, et al. |
| MN 0 06-2402 | Carolyn Pollard v. Wyeth, et al. |
| MN 0 06-2428 | Janet Chapman, et al. v. Wyeth, et al. |
| MN 0 06-2429 | Betty Doxey v. Wyeth, et al. |
| MN 0 06-2430 | Shirley Gass, et al. v. Wyeth, et al. |
| MN 0 06-2431 | Bethann Graham, et al. v. Wyeth, et al. |
| MN 0 06-2433 | Julia A. Kissel, et al. v. Wyeth, et al. |
| MN 0 06-2434 | Doris Negron, et al. v. Wyeth, et al. |
| MN 0 06-2435 | Caroline Vanderbilt v. Wyeth, et al. |
| MN 0 06-2437 | Leona Zahalka v. Wyeth, et al. |
| MN 0 06-2448 | Diane Allen, et al. v. Wyeth, et al. |
| MN 0 06-2473 | Mary O'Kelley v. Wyeth, et al. |
| MN 0 06-2478 | Susan T. Booth v. Wyeth, et al. |
| MN 0 06-2479 | Christine Mann v. Wyeth, et al. |
| MN 0 06-2482 | Kay Dobbs v. Wyeth, et al. |
| MN 0 06-2483 | Mary Ann Himelwright v. Wyeth, et al. |
| MN 0 06-2484 | Suzanne M. Fowkes v. Wyeth, et al. |
| MN 0 06-2485 | Barbara J. Wright v. Wyeth, et al. |
| MN 0 06-2487 | Mary E. Cook v. Wyeth, et al. |
| MN 0 06-2488 | Kay Irwin v. Wyeth, et al. |
| MN 0 06-2489 | Mary Sharon Ennis v. Wyeth, et al. |

SCHEDULE CTO-73 - TAG-ALONG ACTIONS     MDL-1507

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MN 0 06-2491 | Rose Thomas v. Wyeth, et al. |
| MN 0 06-2492 | Mildred Wright v. Wyeth, et al. |
| MN 0 06-2495 | Judy Christopherson v. Wyeth, et al. |
| MN 0 06-2548 | Sallie Thornton v. Wyeth, et al. |
| MN 0 06-2553 | Yvonne Storch v. Wyeth, et al. |
| MN 0 06-2555 | Marjorie Ritchie v. Wyeth, et al. |
| MN 0 06-2566 | Carolyn Applin v. Wyeth, et al. |
| MN 0 06-2575 | Marilyn Labelle v. Wyeth, et al. |

MISSISSIPPI SOUTHERN
| MSS 3 06-335 | Rosemary Ray v. Wyeth, et al. |
| MSS 3 06-336 | Elmer Jean Myers v. Wyeth, et al. |

NORTH DAKOTA
| ND 1 06-50 | Wanda Durain v. Wyeth Pharmaceuticals, Inc., et al. |

NEBRASKA
| NE 8 06-427 | Ruth Crosby, et al. v. Wyeth, Inc., et al. |
| NE 8 06-428 | Karen Griffin v. Wyeth, Inc., et al. |
| NE 8 06-429 | Deetta Dunkhas, et al. v. Wyeth, Inc., et al. |
| NE 8 06-430 | Laraine St. John, et al. v. Wyeth, Inc., et al. |

OKLAHOMA EASTERN
| OKE 6 06-219 | Verlita Meade v. Wyeth |

OREGON
| OR 6 06-6101 | Aileen P. Kaye v. Wyeth, et al. |

SOUTH CAROLINA
| SC 8 06-1717 | Ollie B. Lyles v. Wyeth, et al. |